■ PATRICIA HRUSA, Respondent, v RICK D. BOGDAN, Doing Business as ACADEMY OF MOTORCYCLE SAFETY OF WNY, et al., Appellants. [718 NYS2d 776] —Order unanimously reversed on the law without costs and motion granted. Memorandum: Supreme Court abused its discretion in denying defendants' motion to bifurcate the trial. Issues of liability and damages in a negligence action are distinct and severable issues that should be tried and determined separately unless plaintiff's injuries have an important bearing on the issue of liability (*see, Armstrong v Adelman Automotive Parts Distrib. Corp.*, 176 AD2d 773). Upon our review of the record, we conclude that plaintiff's injuries are not probative of defendants' alleged negligence, and thus plaintiff failed to establish the applicability of that exception (*see, Guizzotti v English*, 273 AD2d 932; *Loncz v Blagrove*, 254 AD2d 735). (Appeal from Order of Supreme Court, Erie County, Cosgrove, J.—Bifurcation.) Present—Wisner, J. P., Hurlbutt, Scudder and Kehoe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v ANGEL M. CARRASQUILLO, Defendant. [722 NYS2d 928] —Motion for change of venue denied. Memorandum: We conclude that defendant has not met his burden of demonstrating that there is "reasonable cause to believe that a fair and impartial trial cannot be had" in Onondaga County (CPL 230.20[2]). If it develops during the voir dire that a fair and impartial jury cannot be drawn, an appropriate motion may then be made. The relief requested in the motion is premature (*see People v Mateo*, 239 AD2d 965; *see also, People v DiPiazza*, 24 NY2d 342). Present—Pigott, Jr., P. J., Pine, Wisner and Scudder, JJ. (Filed Dec. 19, 2000.)

■ In the Matter of ROBERT Y. MANSKE, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [719 NYS2d 910] —Resignation accepted, name stricken from roll of attorneys and order of restitution entered. Present—Pigott, Jr., P. J., Green, Hayes, Hurlbutt and Lawton, JJ.

■ In the Matter of JOHN W. MARONEY, a Disbarred Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [719 NYS2d 911] —Motions for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Green, J. P., Pine, Wisner, Hurlbutt and Scudder, JJ.